

Prepared for

**MICHAEL B. MADER**

**Personal & Confidential**

**Date Generated** Apr 17, 2019
**Report Number** 3569-9386-75

## At a Glance

**11** Accounts     **1** Public Records     **0** Hard Inquiries

## Personal Information

**3** Names     **17** Addresses     **4** Employers     **4** Other Records

This information is reported to us by you, your creditors and/or other sources. Each source may report your information differently, which may result in variations of your name, address, Social Security number, etc. This is used for identification purposes only and does not factor into your Credit Score.

### Names

| | | |
|---|---|---|
| MICHAEL B MADER<br>Name ID #14817 | MICHAEL MADER<br>Name ID #12471 | MICHAEL B MADOR<br>Name ID #5228 |

### Addresses

| | | | |
|---|---|---|---|
| 101 AVENUE D APT11F<br>NEW YORK, NY 10009-5446<br>Address ID #0845991240<br>Apartment complex | 504 E 12TH ST APT6<br>NEW YORK, NY 10009-3818<br>Address ID #0018256982<br>Apartment complex | 555 E 5TH ST<br>AUSTIN, TX 78701-4157<br>Address ID #0795523695<br>Single family | 536 E 14TH ST APT13<br>NEW YORK, NY 10009-3392<br>Address ID #0018255323<br>Apartment complex |
| 603 DAVIS ST UNIT10003<br>AUSTIN, TX 78701-4207<br>Address ID #0748829154<br>Multifamily | 1 WHITEHALL ST FL5<br>NEW YORK, NY 10004-2109<br>Address ID #0018223971<br>Multifamily | 215 E 4TH ST APT20<br>NEW YORK, NY 10009-7217<br>Address ID #0018269886<br>Apartment complex | 603 DAVIS ST<br>AUSTIN, TX 78701-4207<br>Address ID #0681217202<br>Multifamily |
| 96 SAINT MARKS PL APT9<br>NEW YORK, NY 10009-5801<br>Address ID #0206108927<br>Apartment complex | 1000 SAN MARCOS ST UNIT321<br>AUSTIN, TX 78702-2667<br>Address ID #0656878252<br>Multifamily | 7142 LAKE DR<br>ORLANDO, FL 32809-6823<br>Address ID #0070080644<br>Single family | 1000 LONGFELLOW BLVD<br>LAKELAND, FL 33801-6034<br>Address ID #0076087187<br>Single family |
| 1000 LONGFELLOW BLVD #1138<br>LAKELAND, FL 33801-6034<br>Address ID #0505788440<br>Single family | 749 LATIMORE RD<br>YORK SPRINGS, PA 17372-9775<br>Address ID #0037242846<br>Single family | 536 E 14TH ST<br>NEW YORK, NY 10009-3345<br>Address ID #0018255037<br>Multifamily | 215 E 4TH ST<br>NEW YORK, NY 10009-7214<br>Address ID #0018269880<br>Multifamily |

36 E 14TH ST APT13
NEW YORK, NY 10003-3109
Address ID #0754674832
Single family

## Year of Birth

1982

## Phone Numbers

(407) 888-2291                (407) 925-8842                (646) 726-4873

## Employers

SELF                MICHAEL                WENSEL S HATCH PATCH            UNITED PARCEL SERVICE

# Accounts

Includes credit cards, retail credit cards, real estate loans and installment loans. This information is reported to the credit bureaus from your creditors.

## NAVIENT

Potentially
Negative ⚠

| | | | | |
|---|---|---|---|---|
| Account Name | NAVIENT | Balance | $20,890 |
| Account Number | 502935XXXXXXXXXX | Balance Updated | 03/22/2019 |
| Account Type | Education | Recent Payment | $0 |
| Responsibility | Joint with | Monthly Payment | $0 |
| Date Opened | 03/21/2008 | Original Balance | $18,000 |
| Status | Account charged off. $22,785 | Highest Balance | $0 |
| | written off. $9,009 past due as | Terms | 240 Months |
| | of Mar 2019. | On Record Until | Sep 2019 |
| Status Updated | 03/22/2019 | | |

**Payment History**

| LEGEND | OK | Current on payments | 60 | 60 Days Past Due | 90 | 90 Days Past Due |
|---|---|---|---|---|---|---|
| | 120 | 120 Days Past Due | 150 | 150 Days Past Due | 180 | 180 Days Past Due |
| | ND | No data for this time period | CO | Charge off | | |

## 2019

| JAN | FEB | MAR | APR |
|-----|-----|-----|-----|
| CO | CO | CO | |
| MAY | JUN | JUL | AUG |
| | | | |
| SEP | OCT | NOV | DEC |
| | | | |

## 2018

| JAN | FEB | MAR | APR |
|-----|-----|-----|-----|
| CO | CO | CO | CO |
| MAY | JUN | JUL | AUG |
| CO | CO | CO | CO |
| SEP | OCT | NOV | DEC |
| CO | CO | CO | CO |

## 2017

| JAN | FEB | MAR | APR |
|-----|-----|-----|-----|
| CO | CO | CO | CO |
| MAY | JUN | JUL | AUG |
| CO | CO | CO | CO |
| SEP | OCT | NOV | DEC |
| CO | CO | CO | CO |

## 2016

| JAN | FEB | MAR | APR |
|-----|-----|-----|-----|
| CO | CO | CO | CO |
| MAY | JUN | JUL | AUG |
| CO | CO | CO | CO |
| SEP | OCT | NOV | DEC |
| CO | CO | CO | CO |

## 2015

| JAN | FEB | MAR | APR |
|-----|-----|-----|-----|
| CO | CO | CO | CO |
| MAY | JUN | JUL | AUG |
| CO | CO | CO | CO |
| SEP | OCT | NOV | DEC |
| CO | CO | CO | CO |

## 2014

| JAN | FEB | MAR | APR |
|-----|-----|-----|-----|
| CO | CO | CO | CO |
| MAY | JUN | JUL | AUG |
| CO | CO | CO | CO |
| SEP | OCT | NOV | DEC |
| CO | ND | CO | CO |

## 2013

| JAN | FEB | MAR | APR |
|-----|-----|-----|-----|
| CO | CO | CO | CO |
| MAY | JUN | JUL | AUG |
| CO | CO | CO | CO |
| SEP | OCT | NOV | DEC |
| CO | CO | CO | CO |

## 2012

| JAN | FEB | MAR | APR |
|-----|-----|-----|-----|
| | | | OK |
| MAY | JUN | JUL | AUG |
| OK | 60 | 90 | 120 |
| SEP | OCT | NOV | DEC |
| 150 | 180 | OK | CO |

### Historical Information

| First Reported | 03/2008 |
|----------------|---------|

### Contact Info

| Phone Number | (888) 272-5543 |
|--------------|----------------|
| Address | PO BOX 9655 WILKES BARRE, PA 18773 |

### Comment

Paying under a partial payment agreement.

### Balance History

| FEB 2019 | $20,890 Balance | $0 Scheduled Payment | $0 Paid on 04/06/2017 |
|----------|-----------------|----------------------|-----------------------|
| JAN 2019 | $20,890 Balance | $0 Scheduled Payment | $0 Paid on 04/06/2017 |
| DEC 2018 | $20,890 Balance | $0 Scheduled Payment | $0 Paid on 04/06/2017 |
| NOV 2018 | $20,890 Balance | $0 Scheduled Payment | $0 Paid on 04/06/2017 |
| OCT 2018 | $20,890 Balance | $0 Scheduled Payment | $0 Paid on 04/06/2017 |
| SEP 2018 | $20,890 Balance | $0 Scheduled Payment | $0 Paid on 04/06/2017 |
| AUG 2018 | $20,890 Balance | $0 Scheduled Payment | $0 Paid on 04/06/2017 |
| JUL 2018 | $20,890 Balance | $0 Scheduled Payment | $0 Paid on 04/06/2017 |
| JUN 2018 | $20,890 Balance | $0 Scheduled Payment | $0 Paid on 04/06/2017 |
| MAY 2018 | $20,890 Balance | $0 Scheduled Payment | $0 Paid on 04/06/2017 |
| APR 2018 | $20,890 Balance | $0 Scheduled Payment | $0 Paid on 04/06/2017 |
| MAR 2018 | $20,890 Balance | $0 Scheduled Payment | $0 Paid on 04/06/2017 |
| FEB 2018 | $20,890 Balance | $0 Scheduled Payment | $0 Paid on 04/06/2017 |

| JAN 2018 | $20,890 Balance | $0 Scheduled Payment | $0 Paid on 04/06/2017 |
| DEC 2017 | $20,890 Balance | $0 Scheduled Payment | $0 Paid on 04/06/2017 |
| NOV 2017 | $20,890 Balance | $0 Scheduled Payment | $0 Paid on 04/06/2017 |
| OCT 2017 | $20,890 Balance | $0 Scheduled Payment | $0 Paid on 04/06/2017 |
| SEP 2017 | $20,890 Balance | $0 Scheduled Payment | $0 Paid on 04/06/2017 |
| AUG 2017 | $20,890 Balance | $0 Scheduled Payment | $0 Paid on 04/06/2017 |
| JUL 2017 | $20,890 Balance | $0 Scheduled Payment | $0 Paid on 04/06/2017 |
| JUN 2017 | $20,890 Balance | $0 Scheduled Payment | $0 Paid on 04/06/2017 |
| MAY 2017 | $20,890 Balance | $0 Scheduled Payment | $0 Paid on 04/06/2017 |
| APR 2017 | $20,890 Balance | $0 Scheduled Payment | $124 Paid on 04/06/2017 |

## SYNCB/CARE CREDIT

Potentially Negative ⚠️

| | | | |
|---|---|---|---|
| Account Name | SYNCB/CARE CREDIT | Balance | - |
| Account Number | 601918XXXXXXXXXX | Balance Updated | - |
| Account Type | Charge Card | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | $0 |
| Date Opened | 06/01/2011 | Credit Limit | - |
| Status | Discharged through Bankruptcy Chapter 7/Never late. | Highest Balance | $1,000 |
| | | Terms | NA |
| | | On Record Until | Dec 2019 |
| Status Updated | 01/25/2016 | | |

**Payment History**

| LEGEND | OK | Current on payments |
|---|---|---|

### 2012

| JAN | FEB | MAR | APR |
|---|---|---|---|
| OK | OK | OK | OK |
| MAY | JUN | JUL | AUG |
| OK | OK | OK | OK |
| SEP | OCT | NOV | DEC |
| OK | OK | OK | OK |

### 2011

| JAN | FEB | MAR | APR |
|---|---|---|---|
| | | | |
| MAY | JUN | JUL | AUG |
| | OK | OK | OK |
| SEP | OCT | NOV | DEC |
| | OK | OK | OK |

**Historical Information**

First Reported        06/2011

**Contact Info**

Phone Number        (866) 396-8254
Address        C/O P O BOX 965036
ORLANDO, FL 32896

# WF EFS

Potentially Negative 

| | | | |
|---|---|---|---|
| Account Name | WF EFS | Balance | - |
| Account Number | 134806XXXXXXXXXX | Balance Updated | - |
| Account Type | Education | Recent Payment | - |
| Responsibility | Co-signer with | Monthly Payment | $0 |
| Date Opened | 07/24/2002 | Original Balance | $5,000 |
| Status | Paid, Closed. | Highest Balance | $0 |
| Status Updated | 08/31/2017 | Terms | 68 Months |

**Payment History**

**LEGEND**  (OK) Current on payments    (30) 30 Days Past Due    (ND) No data for this time period

(CLS) Closed

### 2017

| JAN | FEB | MAR | APR |
|---|---|---|---|
| OK | OK | OK | OK |

| MAY | JUN | JUL | AUG |
|---|---|---|---|
| OK | OK | OK | CLS |

| SEP | OCT | NOV | DEC |
|---|---|---|---|
| | | | |

### 2016

| JAN | FEB | MAR | APR |
|---|---|---|---|
| OK | OK | OK | OK |

| MAY | JUN | JUL | AUG |
|---|---|---|---|
| OK | OK | OK | OK |

| SEP | OCT | NOV | DEC |
|---|---|---|---|
| OK | OK | OK | OK |

### 2015

| JAN | FEB | MAR | APR |
|---|---|---|---|
| OK | OK | OK | OK |

| MAY | JUN | JUL | AUG |
|---|---|---|---|
| OK | OK | OK | OK |

| SEP | OCT | NOV | DEC |
|---|---|---|---|
| OK | OK | OK | OK |

### 2014

| JAN | FEB | MAR | APR |
|---|---|---|---|
| OK | OK | OK | OK |

| MAY | JUN | JUL | AUG |
|---|---|---|---|
| OK | OK | OK | OK |

| SEP | OCT | NOV | DEC |
|---|---|---|---|
| OK | OK | OK | OK |

### 2013

| JAN | FEB | MAR | APR |
|---|---|---|---|
| OK | 30 | OK | OK |

| MAY | JUN | JUL | AUG |
|---|---|---|---|
| OK | OK | OK | OK |

| SEP | OCT | NOV | DEC |
|---|---|---|---|
| OK | OK | OK | OK |

### 2012

| JAN | FEB | MAR | APR |
|---|---|---|---|
| ND | ND | OK | OK |

| MAY | JUN | JUL | AUG |
|---|---|---|---|
| OK | OK | OK | OK |

| SEP | OCT | NOV | DEC |
|---|---|---|---|
| OK | OK | OK | OK |

### 2011

| JAN | FEB | MAR | APR |
|---|---|---|---|
| OK | OK | OK | OK |

| MAY | JUN | JUL | AUG |
|---|---|---|---|
| OK | OK | OK | OK |

| SEP | OCT | NOV | DEC |
|---|---|---|---|
| OK | ND | OK | OK |

### 2010

| JAN | FEB | MAR | APR |
|---|---|---|---|
| | | | |

| MAY | JUN | JUL | AUG |
|---|---|---|---|
| | | | |

| SEP | OCT | NOV | DEC |
|---|---|---|---|
| OK | OK | OK | OK |

**Historical Information**        **Balance History**

First Reported     08/2002

**Contact Info**

| | |
|---|---|
| Phone Number | (800) 658-3567 |
| Address | PO BOX 84712 SIOUX FALLS, SD 57118 |

| | | | |
|---|---|---|---|
| JUL 2017 | $0 Balance | $0 Scheduled Payment | $0 Paid on 07/24/2017 |
| JUN 2017 | $48 Balance | $48 Scheduled Payment | $48 Paid on 06/24/2017 |
| MAY 2017 | $96 Balance | $48 Scheduled Payment | $48 Paid on 05/24/2017 |
| APR 2017 | $143 Balance | $48 Scheduled Payment | $48 Paid on 04/24/2017 |

## FM/KEYBANK

| | | | | |
|---|---|---|---|---|
| Account Name | FM/KEYBANK | | Balance | $406 |
| Account Number | 205XXXX | | Balance Updated | 03/29/2019 |
| Account Type | Education | | Recent Payment | $15 |
| Responsibility | Signer with | | Monthly Payment | $15 |
| Date Opened | 05/15/2003 | | Original Balance | $1,600 |
| Status | Open/Never late. | | Highest Balance | $0 |
| Status Updated | 03/29/2019 | | Terms | 180 Months |

### Payment History

| LEGEND |  OK | Current on payments |
|---|---|---|

### 2019

| JAN | FEB | MAR | APR |
|---|---|---|---|
| OK | OK | OK | |

| MAY | JUN | JUL | AUG |
|---|---|---|---|
| | | | |

| SEP | OCT | NOV | DEC |
|---|---|---|---|
| | | | |

### 2018

| JAN | FEB | MAR | APR |
|---|---|---|---|
| | | | |

| MAY | JUN | JUL | AUG |
|---|---|---|---|
| | OK | OK | OK |

| SEP | OCT | NOV | DEC |
|---|---|---|---|
| OK | OK | OK | OK |

### Historical Information

First Reported     06/2018

### Contact Info

| | |
|---|---|
| Phone Number | (888) 794-0014 |
| Address | 121 S 13TH ST STE 201 LINCOLN, NE 68508 |

### Balance History

| | | | |
|---|---|---|---|
| FEB 2019 | $420 Balance | $15 Scheduled Payment | $15 Paid on 02/02/2019 |
| JAN 2019 | $433 Balance | $15 Scheduled Payment | $15 Paid on 01/02/2019 |
| DEC 2018 | $446 Balance | $15 Scheduled Payment | $15 Paid on 12/01/2018 |
| NOV 2018 | $459 Balance | $15 Scheduled Payment | $15 Paid on 11/02/2018 |
| OCT 2018 | $472 Balance | $15 Scheduled Payment | $15 Paid on 10/02/2018 |
| SEP 2018 | $485 Balance | $15 Scheduled Payment | $15 Paid on 09/02/2018 |

| | | | |
|---|---|---|---|
| AUG 2018 | $498 Balance | $15 Scheduled Payment | $15 Paid on 08/02/2018 |
| JUL 2018 | $511 Balance | $15 Scheduled Payment | $15 Paid on 07/04/2018 |
| JUN 2018 | $524 Balance | $0 Scheduled Payment | $0 Paid |

# FM/KEYBANK

| | | | |
|---|---|---|---|
| Account Name | FM/KEYBANK | Balance | $1,277 |
| Account Number | 205XXXX | Balance Updated | 03/29/2019 |
| Account Type | Education | Recent Payment | $47 |
| Responsibility | Signer with | Monthly Payment | $47 |
| Date Opened | 01/19/2004 | Original Balance | $5,151 |
| Status | Open/Never late. | Highest Balance | $0 |
| Status Updated | 03/29/2019 | Terms | 180 Months |

**Payment History**

| LEGEND | OK | Current on payments |
|---|---|---|

## 2019                 2018

| JAN | FEB | MAR | APR | JAN | FEB | MAR | APR |
|---|---|---|---|---|---|---|---|
| OK | OK | OK | ◯ | ◯ | ◯ | ◯ | ◯ |

| MAY | JUN | JUL | AUG | MAY | JUN | JUL | AUG |
|---|---|---|---|---|---|---|---|
| ◯ | ◯ | ◯ | ◯ | ◯ | OK | OK | OK |

| SEP | OCT | NOV | DEC | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|
| ◯ | ◯ | ◯ | ◯ | OK | OK | OK | OK |

**Historical Information**

| First Reported | 06/2018 |
|---|---|

**Contact Info**

| Phone Number | (888) 794-0014 |
|---|---|
| Address | 121 S 13TH ST STE 201 LINCOLN, NE 68508 |

**Balance History**

| | | | |
|---|---|---|---|
| FEB 2019 | $1,319 Balance | $47 Scheduled Payment | $47 Paid on 02/02/2019 |
| JAN 2019 | $1,359 Balance | $47 Scheduled Payment | $47 Paid on 01/02/2019 |
| DEC 2018 | $1,400 Balance | $47 Scheduled Payment | $47 Paid on 12/01/2018 |
| NOV 2018 | $1,442 Balance | $47 Scheduled Payment | $47 Paid on 11/02/2018 |
| OCT 2018 | $1,483 Balance | $47 Scheduled Payment | $47 Paid on 10/02/2018 |
| SEP 2018 | $1,523 Balance | $47 Scheduled Payment | $47 Paid on 09/02/2018 |
| AUG 2018 | $1,564 Balance | $47 Scheduled Payment | $47 Paid on 08/02/2018 |

| JUL 2018 | $1,605 | $47 | $47 |
| | Balance | Scheduled Payment | Paid on 07/04/2018 |
| JUN 2018 | $1,645 | $0 | $0 |
| | Balance | Scheduled Payment | Paid |

## FM/KEYBANK

| Account Name | FM/KEYBANK | Balance | $1,410 |
| Account Number | 205XXXX | Balance Updated | 03/29/2019 |
| Account Type | Education | Recent Payment | $52 |
| Responsibility | Signer with | Monthly Payment | $52 |
| Date Opened | 03/04/2003 | Original Balance | $5,500 |
| Status | Open/Never late. | Highest Balance | $0 |
| Status Updated | 03/29/2019 | Terms | 180 Months |

**Payment History**

LEGEND  OK Current on payments

### 2019

| JAN | FEB | MAR | APR |
| OK | OK | OK | |
| MAY | JUN | JUL | AUG |
| | | | |
| SEP | OCT | NOV | DEC |
| | | | |

### 2018

| JAN | FEB | MAR | APR |
| | | | |
| MAY | JUN | JUL | AUG |
| | OK | OK | OK |
| SEP | OCT | NOV | DEC |
| OK | OK | OK | OK |

**Historical Information**

| First Reported | 06/2018 |

**Contact Info**

| Phone Number | (888) 794-0014 |
| Address | 121 S 13TH ST STE 201 |
| | LINCOLN, NE 68508 |

**Balance History**

| FEB 2019 | $1,456 | $52 | $52 |
| | Balance | Scheduled Payment | Paid on 02/02/2019 |
| JAN 2019 | $1,501 | $52 | $52 |
| | Balance | Scheduled Payment | Paid on 01/02/2019 |
| DEC 2018 | $1,546 | $52 | $52 |
| | Balance | Scheduled Payment | Paid on 12/01/2018 |
| NOV 2018 | $1,592 | $52 | $52 |
| | Balance | Scheduled Payment | Paid on 11/02/2018 |
| OCT 2018 | $1,637 | $52 | $52 |
| | Balance | Scheduled Payment | Paid on 10/02/2018 |
| SEP 2018 | $1,682 | $52 | $52 |
| | Balance | Scheduled Payment | Paid on 09/02/2018 |
| AUG 2018 | $1,727 | $52 | $52 |
| | Balance | Scheduled Payment | Paid on 08/02/2018 |
| JUL 2018 | $1,772 | $52 | $52 |
| | Balance | Scheduled Payment | Paid on 07/04/2018 |

|  | JUN 2018 | $1,817 | $0 | $0 |
|---|---|---|---|---|
|  |  | Balance | Scheduled Payment | Paid |

# FM/KEYBANK

| Account Name | FM/KEYBANK | Balance | $1,294 |
|---|---|---|---|
| Account Number | 205XXXX | Balance Updated | 03/29/2019 |
| Account Type | Education | Recent Payment | $48 |
| Responsibility | Signer with | Monthly Payment | $48 |
| Date Opened | 09/17/2003 | Original Balance | $5,151 |
| Status | Open/Never late. | Highest Balance | $0 |
| Status Updated | 03/29/2019 | Terms | 180 Months |

### Payment History

| LEGEND |  OK | Current on payments |
|---|---|---|

### 2019

| JAN | FEB | MAR | APR |
|---|---|---|---|
| OK | OK | OK |  |
| **MAY** | **JUN** | **JUL** | **AUG** |
|  |  |  |  |
| **SEP** | **OCT** | **NOV** | **DEC** |
|  |  |  |  |

### 2018

| JAN | FEB | MAR | APR |
|---|---|---|---|
|  |  |  |  |
| **MAY** | **JUN** | **JUL** | **AUG** |
|  | OK | OK | OK |
| **SEP** | **OCT** | **NOV** | **DEC** |
| OK | OK | OK | OK |

### Historical Information

| First Reported | 06/2018 |
|---|---|

### Contact Info

| Phone Number | (888) 794-0014 |
|---|---|
| Address | 121 S 13TH ST STE 201 |
|  | LINCOLN, NE 68508 |

### Balance History

| FEB 2019 | $1,336 | $48 | $48 |
|---|---|---|---|
|  | Balance | Scheduled Payment | Paid on 02/02/2019 |
| JAN 2019 | $1,378 | $48 | $48 |
|  | Balance | Scheduled Payment | Paid on 01/02/2019 |
| DEC 2018 | $1,419 | $48 | $48 |
|  | Balance | Scheduled Payment | Paid on 12/01/2018 |
| NOV 2018 | $1,461 | $48 | $48 |
|  | Balance | Scheduled Payment | Paid on 11/02/2018 |
| OCT 2018 | $1,502 | $48 | $48 |
|  | Balance | Scheduled Payment | Paid on 10/02/2018 |
| SEP 2018 | $1,544 | $48 | $48 |
|  | Balance | Scheduled Payment | Paid on 09/02/2018 |
| AUG 2018 | $1,585 | $48 | $48 |
|  | Balance | Scheduled Payment | Paid on 08/02/2018 |
| JUL 2018 | $1,626 | $48 | $48 |
|  | Balance | Scheduled Payment | Paid on 07/04/2018 |
| JUN 2018 | $1,667 | $0 | $0 |
|  | Balance | Scheduled Payment | Paid |

# GLELSI/KEYCORP STUDENT L

| | | | |
|---|---|---|---|
| Account Name | GLELSI/KEYCORP STUDENT L | Balance | - |
| Account Number | 270003XXXXXXXXXX | Balance Updated | - |
| Account Type | Education | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | $0 |
| Date Opened | 03/05/2003 | Original Balance | $17,402 |
| Status | Transferred,closed/Never late. | Highest Balance | $0 |
| Status Updated | 06/30/2018 | Terms | NA |
| | | On Record Until | Jun 2028 |

## Payment History

| LEGEND | (OK) Current on payments | (ND) No data for this time period | (CLS) Closed |
|---|---|---|---|

### 2018

| JAN | FEB | MAR | APR |
|---|---|---|---|
| OK | OK | OK | OK |
| MAY | JUN | JUL | AUG |
| OK | CLS | | |
| SEP | OCT | NOV | DEC |
| | | | |

### 2017

| JAN | FEB | MAR | APR |
|---|---|---|---|
| OK | OK | OK | OK |
| MAY | JUN | JUL | AUG |
| OK | OK | OK | OK |
| SEP | OCT | NOV | DEC |
| OK | OK | OK | OK |

### 2016

| JAN | FEB | MAR | APR |
|---|---|---|---|
| OK | OK | OK | OK |
| MAY | JUN | JUL | AUG |
| OK | OK | OK | OK |
| SEP | OCT | NOV | DEC |
| OK | OK | OK | OK |

### 2015

| JAN | FEB | MAR | APR |
|---|---|---|---|
| OK | OK | OK | OK |
| MAY | JUN | JUL | AUG |
| OK | OK | OK | OK |
| SEP | OCT | NOV | DEC |
| OK | OK | OK | OK |

### 2014

| JAN | FEB | MAR | APR |
|---|---|---|---|
| OK | OK | OK | OK |
| MAY | JUN | JUL | AUG |
| OK | OK | OK | OK |
| SEP | OCT | NOV | DEC |
| OK | OK | OK | OK |

### 2013

| JAN | FEB | MAR | APR |
|---|---|---|---|
| OK | OK | OK | OK |
| MAY | JUN | JUL | AUG |
| OK | OK | OK | OK |
| SEP | OCT | NOV | DEC |
| OK | OK | OK | OK |

### 2012

| JAN | FEB | MAR | APR |
|---|---|---|---|
| ND | ND | OK | OK |
| MAY | JUN | JUL | AUG |
| ND | ND | OK | OK |
| SEP | OCT | NOV | DEC |
| OK | OK | OK | OK |

### 2011

| JAN | FEB | MAR | APR |
|---|---|---|---|
| | | | |
| MAY | JUN | JUL | AUG |
| | | OK | OK |
| SEP | OCT | NOV | DEC |
| OK | OK | ND | ND |

## Historical Information

| | |
|---|---|
| First Reported | 05/2004 |

## Contact Info

| | |
|---|---|
| Phone Number | - |
| Address | PO BOX 7860 MADISON, WI 53707 |

## Balance History

| | | | |
|---|---|---|---|
| MAY 2018 | $5,812 Balance | $162 Scheduled Payment | $162 Paid on 05/02/2018 |
| APR 2018 | $5,950 Balance | $162 Scheduled Payment | $162 Paid on 04/02/2018 |
| MAR 2018 | $6,088 Balance | $162 Scheduled Payment | $162 Paid on 03/02/2018 |
| FEB 2018 | $6,227 Balance | $162 Scheduled Payment | $162 Paid on 02/01/2018 |
| JAN 2018 | $6,369 Balance | $162 | $162 |

|  | Balance | Scheduled Payment | Paid on 01/02/2018 |
|---|---|---|---|
| DEC 2017 | $6,507 Balance | $162 Scheduled Payment | $162 Paid on 12/04/2017 |
| NOV 2017 | $6,647 Balance | $162 Scheduled Payment | $162 Paid on 11/02/2017 |
| OCT 2017 | $6,787 Balance | $162 Scheduled Payment | $162 Paid on 10/02/2017 |
| SEP 2017 | $6,925 Balance | $162 Scheduled Payment | $162 Paid on 09/01/2017 |
| AUG 2017 | $7,064 Balance | $162 Scheduled Payment | $162 Paid on 08/01/2017 |
| JUL 2017 | $7,202 Balance | $162 Scheduled Payment | $0 Paid on 06/30/2017 |
| JUN 2017 | $7,177 Balance | $162 Scheduled Payment | $162 Paid on 06/30/2017 |
| MAY 2017 | $7,316 Balance | $162 Scheduled Payment | $325 Paid on 05/30/2017 |
| APR 2017 | $7,616 Balance | $162 Scheduled Payment | $0 Paid on 03/30/2017 |

## MERCURY CARD/FB&T/TSYS

| | | | |
|---|---|---|---|
| Account Name | MERCURY CARD/FB&T/TSYS | Balance | $456 |
| Account Number | 523222XXXXXXXXXX | Balance Updated | 04/08/2019 |
| Account Type | Credit card | Recent Payment | $584 |
| Responsibility | Individual | Monthly Payment | $15 |
| Date Opened | 09/09/2014 | Credit Limit | $5,800 |
| Status | Open/Never late. | Highest Balance | $1,894 |
| Status Updated | 04/08/2019 | Terms | NA |

**Payment History**

| LEGEND | OK | Current on payments |
|---|---|---|

### 2019

| JAN | FEB | MAR | APR |
|---|---|---|---|
| OK | OK | OK | OK |
| MAY | JUN | JUL | AUG |
| | | | |
| SEP | OCT | NOV | DEC |
| | | | |

### 2018

| JAN | FEB | MAR | APR |
|---|---|---|---|
| OK | OK | OK | OK |
| MAY | JUN | JUL | AUG |
| OK | OK | OK | OK |
| SEP | OCT | NOV | DEC |
| OK | OK | OK | OK |

### 2017

| JAN | FEB | MAR | APR |
|---|---|---|---|
| OK | OK | OK | OK |
| MAY | JUN | JUL | AUG |
| OK | OK | OK | OK |
| SEP | OCT | NOV | DEC |
| OK | OK | OK | OK |

### 2016

| JAN | FEB | MAR | APR |
|---|---|---|---|
| OK | OK | OK | OK |
| MAY | JUN | JUL | AUG |
| OK | OK | OK | OK |
| SEP | OCT | NOV | DEC |
| OK | OK | OK | OK |

### 2015

### 2014

| JAN | FEB | MAR | APR | | JAN | FEB | MAR | APR |
|-----|-----|-----|-----|--|-----|-----|-----|-----|
| OK | OK | OK | OK | | | | | |

| MAY | JUN | JUL | AUG | | MAY | JUN | JUL | AUG |
|-----|-----|-----|-----|--|-----|-----|-----|-----|
| OK | OK | OK | OK | | | | | |

| SEP | OCT | NOV | DEC | | SEP | OCT | NOV | DEC |
|-----|-----|-----|-----|--|-----|-----|-----|-----|
| OK | OK | OK | OK | | OK | OK | OK | OK |

## Historical Information

First Reported        09/2014

## Contact Info

Phone Number -
Address 2220 6TH ST BROOKINGS, SD 57006

## Balance History

| Month | Balance | Scheduled Payment | Paid |
|-------|---------|-------------------|------|
| MAR 2019 | $584 Balance | $15 Scheduled Payment | $280 Paid on 03/01/2019 |
| FEB 2019 | $280 Balance | $15 Scheduled Payment | $254 Paid on 02/02/2019 |
| JAN 2019 | $254 Balance | $15 Scheduled Payment | $253 Paid on 01/02/2019 |
| DEC 2018 | $253 Balance | $15 Scheduled Payment | $305 Paid on 12/01/2018 |
| NOV 2018 | $305 Balance | $15 Scheduled Payment | $71 Paid on 11/02/2018 |
| OCT 2018 | $70 Balance | $15 Scheduled Payment | $77 Paid on 10/02/2018 |
| SEP 2018 | $128 Balance | $27 Scheduled Payment | $169 Paid on 09/02/2018 |
| AUG 2018 | $168 Balance | $27 Scheduled Payment | $1,792 Paid on 08/02/2018 |
| JUL 2018 | $1,792 Balance | $27 Scheduled Payment | $1,470 Paid on 07/03/2018 |
| JUN 2018 | $1,470 Balance | $27 Scheduled Payment | $140 Paid on 06/03/2018 |
| MAY 2018 | $140 Balance | $27 Scheduled Payment | $201 Paid on 05/02/2018 |
| APR 2018 | $201 Balance | $27 Scheduled Payment | $387 Paid on 04/02/2018 |
| MAR 2018 | $387 Balance | $27 Scheduled Payment | $557 Paid on 03/02/2018 |
| FEB 2018 | $557 Balance | $27 Scheduled Payment | $544 Paid on 02/01/2018 |
| JAN 2018 | $544 Balance | $27 Scheduled Payment | $498 Paid on 01/02/2018 |
| DEC 2017 | $498 Balance | $27 Scheduled Payment | $499 Paid on 12/03/2017 |
| NOV 2017 | $499 Balance | $27 Scheduled Payment | $282 Paid on 11/02/2017 |
| OCT 2017 | $282 Balance | $27 Scheduled Payment | $496 Paid on 10/01/2017 |
| SEP 2017 | $496 Balance | $27 Scheduled Payment | $252 Paid on 09/01/2017 |

| AUG 2017 | $252 Balance | $27 Scheduled Payment | $289 Paid on 08/01/2017 |
|---|---|---|---|
| JUL 2017 | $289 Balance | $27 Scheduled Payment | $304 Paid on 06/30/2017 |
| JUN 2017 | $304 Balance | $27 Scheduled Payment | $50 Paid on 05/29/2017 |
| MAY 2017 | $0 Balance | $27 Scheduled Payment | $556 Paid on 05/01/2017 |
| APR 2017 | $556 Balance | $27 Scheduled Payment | $286 Paid on 03/29/2017 |

## MERRICK BANK CORP

| | | | |
|---|---|---|---|
| Account Name | MERRICK BANK CORP | Balance | $11 |
| Account Number | 412061XXXXXXXXXX | Balance Updated | 03/19/2019 |
| Account Type | Credit card | Recent Payment | $3 |
| Responsibility | Individual | Monthly Payment | $11 |
| Date Opened | 04/20/2014 | Credit Limit | $3,000 |
| Status | Open/Never late. | Highest Balance | $1,223 |
| Status Updated | 03/19/2019 | Terms | NA |

**Payment History**

| LEGEND | OK | Current on payments |
|---|---|---|

### 2019

| JAN | FEB | MAR | APR |
|---|---|---|---|
| OK | OK | OK |  |
| **MAY** | **JUN** | **JUL** | **AUG** |
|  |  |  |  |
| **SEP** | **OCT** | **NOV** | **DEC** |
|  |  |  |  |

### 2018

| JAN | FEB | MAR | APR |
|---|---|---|---|
| OK | OK | OK | OK |
| **MAY** | **JUN** | **JUL** | **AUG** |
| OK | OK | OK | OK |
| **SEP** | **OCT** | **NOV** | **DEC** |
| OK | OK | OK | OK |

### 2017

| JAN | FEB | MAR | APR |
|---|---|---|---|
| OK | OK | OK | OK |
| **MAY** | **JUN** | **JUL** | **AUG** |
| OK | OK | OK | OK |
| **SEP** | **OCT** | **NOV** | **DEC** |
| OK | OK | OK | OK |

### 2016

| JAN | FEB | MAR | APR |
|---|---|---|---|
| OK | OK | OK | OK |
| **MAY** | **JUN** | **JUL** | **AUG** |
| OK | OK | OK | OK |
| **SEP** | **OCT** | **NOV** | **DEC** |
| OK | OK | OK | OK |

### 2015

| JAN | FEB | MAR | APR |
|---|---|---|---|
| OK | OK | OK | OK |
| **MAY** | **JUN** | **JUL** | **AUG** |
| OK | OK | OK | OK |
| **SEP** | **OCT** | **NOV** | **DEC** |
| OK | OK | OK | OK |

### 2014

| JAN | FEB | MAR | APR |
|---|---|---|---|
|  |  |  | OK |
| **MAY** | **JUN** | **JUL** | **AUG** |
| OK | OK | OK | OK |
| **SEP** | **OCT** | **NOV** | **DEC** |
| OK | OK | OK | OK |

**Historical Information**

**Balance History**

First Reported                                    04/2014

---

**Contact Info**

Phone Number                              (801) 545-6600
Address                      PO BOX 9201 OLD BETHPAGE,
                                              NY 11804

| | Balance | Scheduled Payment | Paid on |
|---|---|---|---|
| FEB 2019 | $3 | $3 | $3 Paid on 02/03/2019 |
| JAN 2019 | $3 | $3 | $57 Paid on 01/02/2019 |
| DEC 2018 | $57 | $40 | $20 Paid on 12/05/2018 |
| NOV 2018 | $20 | $20 | $33 Paid on 11/02/2018 |
| OCT 2018 | $33 | $33 | $19 Paid on 10/02/2018 |
| SEP 2018 | $19 | $19 | $6 Paid on 09/05/2018 |
| AUG 2018 | $6 | $6 | $19 Paid on 08/02/2018 |
| JUL 2018 | $19 | $19 | $11 Paid on 07/05/2018 |
| JUN 2018 | $11 | $11 | $11 Paid on 06/03/2018 |
| MAY 2018 | $11 | $11 | $37 Paid on 05/02/2018 |
| APR 2018 | $37 | $37 | $11 Paid on 04/02/2018 |
| MAR 2018 | $11 | $11 | $21 Paid on 03/02/2018 |
| FEB 2018 | $21 | $21 | $11 Paid on 02/01/2018 |
| JAN 2018 | $11 | $11 | $1,214 Paid on 01/01/2018 |
| DEC 2017 | $1,214 | $40 | $1,040 Paid on 12/06/2017 |
| NOV 2017 | $1,040 | $40 | $163 Paid on 11/02/2017 |
| OCT 2017 | $163 | $40 | $124 Paid on 09/30/2017 |
| SEP 2017 | $124 | $40 | $29 Paid on 09/01/2017 |
| AUG 2017 | $29 | $29 | $19 Paid on 08/01/2017 |
| JUL 2017 | $19 | $19 | $53 Paid on 06/30/2017 |
| JUN 2017 | $53 | $40 | $6 Paid on 05/28/2017 |
| MAY 2017 | $6 | $6 | $28 Paid on 04/30/2017 |
| APR 2017 | $28 | $28 | $18 Paid on 03/30/2017 |

# NAVIENT

| | | | |
|---|---|---|---|
| Account Name | NAVIENT | Balance | $9,848 |
| Account Number | 989134XXXXXXXXXXXXXXXX | Balance Updated | 03/31/2019 |
| Account Type | Education | Recent Payment | $123 |
| Responsibility | Individual | Monthly Payment | $123 |
| Date Opened | 09/06/2007 | Original Balance | $13,462 |
| Status | Open/Never late. | Highest Balance | $0 |
| Status Updated | 03/31/2019 | Terms | 180 Months |

## Payment History

| LEGEND | OK Current on payments | ND No data for this time period |
|---|---|---|

### 2019

| JAN | FEB | MAR | APR |
|---|---|---|---|
| OK | OK | OK | |
| MAY | JUN | JUL | AUG |
| | | | |
| SEP | OCT | NOV | DEC |
| | | | |

### 2018

| JAN | FEB | MAR | APR |
|---|---|---|---|
| OK | OK | OK | OK |
| MAY | JUN | JUL | AUG |
| OK | OK | OK | OK |
| SEP | OCT | NOV | DEC |
| OK | OK | OK | OK |

### 2017

| JAN | FEB | MAR | APR |
|---|---|---|---|
| OK | OK | OK | OK |
| MAY | JUN | JUL | AUG |
| OK | OK | OK | OK |
| SEP | OCT | NOV | DEC |
| OK | OK | OK | OK |

### 2016

| JAN | FEB | MAR | APR |
|---|---|---|---|
| OK | OK | OK | OK |
| MAY | JUN | JUL | AUG |
| OK | OK | OK | OK |
| SEP | OCT | NOV | DEC |
| OK | OK | OK | OK |

### 2015

| JAN | FEB | MAR | APR |
|---|---|---|---|
| OK | OK | OK | OK |
| MAY | JUN | JUL | AUG |
| OK | OK | OK | OK |
| SEP | OCT | NOV | DEC |
| OK | OK | OK | OK |

### 2014

| JAN | FEB | MAR | APR |
|---|---|---|---|
| OK | OK | OK | OK |
| MAY | JUN | JUL | AUG |
| OK | OK | OK | OK |
| SEP | OCT | NOV | DEC |
| OK | OK | OK | OK |

### 2013

| JAN | FEB | MAR | APR |
|---|---|---|---|
| ND | ND | ND | OK |
| MAY | JUN | JUL | AUG |
| OK | OK | OK | OK |
| SEP | OCT | NOV | DEC |
| OK | OK | OK | OK |

### 2012

| JAN | FEB | MAR | APR |
|---|---|---|---|
| | | | |
| MAY | JUN | JUL | AUG |
| | OK | OK | OK |
| SEP | OCT | NOV | DEC |
| OK | ND | OK | OK |

## Historical Information

| First Reported | 08/2007 |
|---|---|

## Contact Info

| Phone Number | - |
|---|---|
| Address | PO BOX 9500 WILKES BARRE, PA 18773 |

## Balance History

| FEB 2019 | $9,932 Balance | $123 Scheduled Payment | $123 Paid on 02/04/2019 |
|---|---|---|---|
| JAN 2019 | $10,019 Balance | $123 Scheduled Payment | $123 Paid on 01/02/2019 |
| DEC 2018 | $10,102 Balance | $123 Scheduled Payment | $123 Paid on 12/05/2018 |
| NOV 2018 | $10,184 Balance | $123 Scheduled Payment | $123 Paid on 11/02/2018 |
| OCT 2018 | $10,268 Balance | $123 Scheduled Payment | $123 Paid on 10/02/2018 |
| SEP 2018 | $10,350 Balance | $123 Scheduled Payment | $123 Paid on 09/03/2018 |

| AUG 2018 | $10,433 Balance | $123 Scheduled Payment | $123 Paid on 08/02/2018 |
| JUL 2018 | $10,514 Balance | $123 Scheduled Payment | $123 Paid on 07/03/2018 |
| JUN 2018 | $10,595 Balance | $123 Scheduled Payment | $123 Paid on 06/04/2018 |
| MAY 2018 | $10,677 Balance | $123 Scheduled Payment | $123 Paid on 05/02/2018 |
| APR 2018 | $10,757 Balance | $123 Scheduled Payment | $123 Paid on 04/02/2018 |
| MAR 2018 | $10,838 Balance | $123 Scheduled Payment | $123 Paid on 03/02/2018 |
| FEB 2018 | $10,918 Balance | $123 Scheduled Payment | $123 Paid on 02/01/2018 |
| JAN 2018 | $11,002 Balance | $123 Scheduled Payment | $123 Paid on 01/01/2018 |
| DEC 2017 | $11,080 Balance | $123 Scheduled Payment | $123 Paid on 12/06/2017 |
| NOV 2017 | $11,159 Balance | $123 Scheduled Payment | $123 Paid on 11/02/2017 |
| OCT 2017 | $11,239 Balance | $123 Scheduled Payment | $123 Paid on 10/02/2017 |
| SEP 2017 | $11,317 Balance | $123 Scheduled Payment | $123 Paid on 09/01/2017 |
| AUG 2017 | $11,396 Balance | $123 Scheduled Payment | $123 Paid on 08/01/2017 |
| JUL 2017 | $11,473 Balance | $123 Scheduled Payment | $0 Paid on 06/30/2017 |
| JUN 2017 | $11,427 Balance | $123 Scheduled Payment | $123 Paid on 06/30/2017 |
| MAY 2017 | $11,506 Balance | $123 Scheduled Payment | $246 Paid on 05/29/2017 |
| APR 2017 | $11,705 Balance | $123 Scheduled Payment | $0 Paid on 03/30/2017 |

# Public Records

Information gathered from courts or other government agencies about legal matters associated with you. The most common Public Records are bankruptcies, tax liens, and monetary judgments.

## Chapter 7 bankruptcy discharged

Potentially Negative ⚠

**Record Details**

| Record Type | Chapter 7 bankruptcy discharged |
| Filing Date | 12/28/2012 |

**Court Information**

| Court Address | US BKPT CT NY MANHATTAN |

| | | |
|---|---|---|
| Date Resolved | 04/16/2013 | 1 BROADWAY NEW YORK, NY |
| Claim Amount | $0 | 10004 |
| Liability Amount | $0 | Phone Number (212) 668-2870 |
| Responsibility | Individual | |
| Reference Number | 1215028SCC | |
| On Record Until | Dec 2022 | |

# Soft Inquiries

Soft inquiries occur when you check your own credit report or give permission to someone like a potential employer to review your credit report. Soft inquiries may also occur when businesses, such as lenders, insurance companies, or credit card companies, check your credit to pre-approve you for offers, or when you use credit monitoring services from companies like Experian. Soft inquiries on your Credit Report are only visible to you, except: (1) insurance companies may be able to see other insurance company inquiries; and (2) inquiries by debt settlement companies you have authorized to access your report may be shared with your current creditors. These inquiries have no effect on your credit score as they are never considered as a factor in credit scoring models. Soft inquiries are not disputable but are available here for reference.

### CIC EXPERIAN CONSUMER SE
Inquired on 04/17/2019 and 01/22/2019

535 ANTON BLVD STE 100 COSTA MESA, CA 92626

### CIC EXPERIAN CREDITWORKS
Inquired on 04/17/2019

535 ANTON BLVD STE 100 COSTA MESA, CA 92626

(866) 431-3471

### ECS
Inquired on 04/17/2019

535 ANTON BLVD STE 100 COSTA MESA, CA 92626

### ECS/CREDIT BASICS
Inquired on 04/17/2019

535 ANTON BLVD STE 100 COSTA MESA, CA 92626

(866) 673-0140

### ECS/RIGHT OFFER MARKETPL
Inquired on 04/17/2019

475 ANTON BLVD COSTA MESA, CA 92626

### EXPERIAN
Inquired on 04/17/2019 and 01/22/2019

535 ANTON BLVD COSTA MESA, CA 92626

### DISCOVER FINANCIAL SVCS
Inquired on 03/28/2019 and 03/22/2019

PO BOX 15157 WILMINGTON, DE 19850

(800) 347-2683

### DISCOVER FINANCIAL SVCS
Inquired on 03/22/2019

### EXPERIAN
Inquired on 01/22/2019

PO BOX 9600 ALLEN, TX 75013

(800) 311-4769

### CAPITAL ONE

### CAPITAL ONE
Inquired on 10/05/2018

### OLLO/ACT

Inquired on 12/07/2018, 11/16/2018, 11/06/2018, 10/20/2018, 10/16/2018, and 10/05/2018

PO BOX 30281 SALT LAKE CITY, UT 84130

(804) 967-1000

Inquired on 09/18/2018, 08/14/2018, 07/10/2018, 05/18/2018, 04/19/2018, 03/13/2018, 02/12/2018, 01/17/2018, 12/12/2017, 10/09/2017, 09/14/2017, 08/24/2017, 07/17/2017, 06/19/2017, 05/19/2017, and 04/21/2017

PO BOX 9222 OLD BETHPAGE, NY 11804

(877) 494-0020

## BARCLAYS BANK DELAWARE

Inquired on 09/11/2018

100 SOUTH WEST AVE WILMINGTON, DE 19801

(866) 283-6635

## LEND TECH LOANS INC

Inquired on 05/18/2018 and 12/18/2017

25391 COMMERCECENTRE DR LAKE FOREST, CA 92630

(877) 352-1022

## CREDIT ONE BANK

Inquired on 03/19/2018, 02/16/2018, 01/17/2018, 12/15/2017, 11/14/2017, 10/17/2017, and 08/15/2017

PO BOX 98875 LAS VEGAS, NV 89193

(877) 825-3242

## WF CRD SVC

Inquired on 08/24/2017

1220 CONCORD AVE CONCORD, CA 94520

(925) 686-7938

## CREDIT ONE BANK

Inquired on 08/15/2017

PO BOX 98875 LAS VEGAS, NV 89193

(877) 825-3242

# Contact Experian

## Online

Visit Experian.com/dispute (https://www.experian.com/dispute) to dispute any inaccurate information, or click the dispute link next to the item. For FAQs and online access to your Experian Credit Report, Fraud Alerts, and Security Freezes, visit Experian.com/help (https://www.experian.com/help)

## Phone

**Monday - Friday**
8am to 10pm CST

**Saturday - Sunday**
10am to 7pm CST

(855) 414-6047

## Mail

**Experian**
PO Box 9701
Allen, TX 75013

# Important Messages

## Medical Information

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to

us. If so, those names display on your report, but on reports to others they display only as "MEDICAL PAYMENT DATA." Consumer statements included on your report at your request that contain medical information are disclosed to others.

**Public Records Information**

If your report contains public records, the Public Records section includes items from courts that Experian may have obtained through a third party vendor, LexisNexis Risk Data Management Inc.  You may contact them at LexisNexis Consumer Center, PO Box 105615, Atlanta, GA 30348-5108, or visit https://experianconsumers.lexisnexis.com (https://experianconsumers.lexisnexis.com/).

# Know Your Rights

## Fair Credit Reporting Act (FCRA)

*Para informacion en espanol, visite www.consumerfinance.gov/learnmore (http://www.consumerfinance.gov/learnmore) o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.*

### A Summary of Your Rights Under the Fair Credit Reporting Act.

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore (http://www.consumerfinance.gov/learnmore) or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.**

**You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

**You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

- a person has taken adverse action against you because of information in your credit report;

- you are the victim of identity theft and place a fraud alert in your file;

- your file contains inaccurate information as a result of fraud;

- you are on public assistance;

- you are unemployed but expect to apply for employment within 60 days.

In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore (http://www.consumerfinance.gov/learnmore) for additional information.

**You have the right to ask for a credit score.** Credit scores are numerical summaries of your creditworthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

**You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore (http://www.consumerfinance.gov/learnmore) for an explanation of dispute procedures.

**Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

**Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

**Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need — usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

**You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore (http://www.consumerfinance.gov/learnmore).

**You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1 888 5OPTOUT (1 888 567 8688).

**You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

**Identity theft victims and active duty military personnel have additional rights.** For more Information, visit www.consumerfinance.gov/learnmore (http://www.consumerfinance.gov/learnmore).

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For more information about your federal rights, contact:**

| FOR QUESTIONS OR CONCERNS REGARDING: | PLEASE CONTACT: |
|---|---|
| **1.a.** Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates. | **a.** Bureau of Consumer Financial Protection<br>1700 G Street NW<br>Washington, DC 20552 |
| **b.** Such affiliates that are not banks, savings associations, or credit unions also should list in addition to the Bureau: | **b.** Federal Trade Commission:<br>Consumer Response Center − FCRA<br>Washington, DC 20580<br>(877) 382-4357 |

**2.** To the extent not included in item 1 above:

**a.** National banks, federal savings associations, and federal branches and federal agencies of foreign banks

**b.** State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and insured state branches of foreign banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act

**c.** Nonmember Insured banks, Insured State Branches of Foreign Banks, and insured state savings associations

**d.** Federal Credit Unions

**a.** Office of the Comptroller of the Currency
Customer Assistance Group
1301 McKinney Street, Suite 3450
Houston, TX 77010-9050

**b.** Federal Reserve Consumer Help Center
PO Box 1200
Minneapolis, MN 55480

**c.** FDIC Consumer Response Center
1100 Walnut Street, Box #11
Kansas City, MO 64106

**d.** National Credit Union Administration
Office of Consumer Protection (OCP)
Division of Consumer Compliance and Outreach (DCCO)
1775 Duke Street
Alexandria, VA 22314

**3.** Air carriers

Asst. General Counsel for Aviation Enforcement & Proceedings
Aviation Consumer Protection Division
Department of Transportation
1200 New Jersey Avenue SE
Washington, DC 20590

**4.** Creditors Subject to Surface Transportation Board

Office of Proceedings, Surface Transportation Board
Department of Transportation
395 E Street, SW
Washington, DC 20423

**5.** Creditors Subject to Packers and Stockyards Act

Nearest Packers and Stockyards Administration area supervisor

**6.** Small Business Investment Companies

Associate Deputy Administrator for Capital Access
United States Small Business Administration
409 Third Street, SW, 8th Floor
Washington, DC 20416

**7.** Brokers and Dealers

Securities and Exchange Commission
100 F St NE
Washington, DC 20549

**8.** Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations

Farm Credit Administration
1501 Farm Credit Drive
McLean, VA 22102-5090

**9.** Retailers, Finance Companies, and All Other Creditors Not Listed Above

FTC Regional Office for region in which the creditor operates **or** Federal Trade Commission: Consumer Response Center − FCRA
Washington, DC 20580
(877) 382-4357

## Notification of Rights

- Notification of Rights for Alabama Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/alabama/)

- Notification of Rights for Alaska Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/alaska/)

- Notification of Rights for Arkansas Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/arkansas/)

- Notification of Rights for California Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/california/)

- Notification of Rights for Colorado Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/colorado/)

- Notification of Rights for Connecticut Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/connecticut/)

- Notification of Rights for Delaware Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/delaware/)

- Notification of Rights for District of Columbia Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/district-of-columbia/)

- Notification of Rights for Florida Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/florida/)

- Notification of Rights for Georgia Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/georgia/)

- Notification of Rights for Indiana Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/indiana/)

- Notification of Rights for Maryland Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/maryland/)

- Notification of Rights for Massachusetts Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/massachusetts/)

- Notification of Rights for Missouri Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/missouri/)

- Notification of Rights for Montana Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/montana/)

- Notification of Rights for Nevada Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/nevada/)

- Notification of Rights for New Hampshire Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/new-hampshire/)

- Notification of Rights for New Jersey Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/new-jersey/)

- Notification of Rights for New Mexico Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/new-mexico/)

- Notification of Rights for New York Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/new-york/)

- Notification of Rights for North Carolina Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/north-carolina/)

- Notification of Rights for North Dakota Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/north-dakota/)

- Notification of Rights for Ohio Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/ohio/)

- Ohio Notice of Rights for Protected Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/ohio-notice-rights-protected-consumers/)

- Notification of Rights for Oklahoma Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/oklahoma/)

- Notification of Rights for Rhode Island Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/rhode-island/)

- Notification of Rights for Tennessee Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/tennessee/)

- Notification of Rights for Texas Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/texas/)

- Notification of Rights for Vermont Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/vermont/)

- Notification of Rights for Virginia Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/virginia/)

- Notification of Rights for Washington Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/washington/)

- Notification of Rights for West Virginia Consumers (https://www.experian.com/blogs/ask-experian/credit-education/report-basics/fair-credit-reporting-act-fcra/west-virginia/)