## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL MADER, )<br>  )<br>  Plaintiff, )<br>  )<br>v. )<br>  )<br>EXPERIAN INFORMATION )<br>SOLUTIONS, LLC, )<br>  Defendants. )<br>  )<br>  ) | Civil Action No. 1:19-cv-03787-LGS-DCF<br><br>**Notice of Appearance** |

PLEASE TAKE NOTICE that Kerianne Tobitsch, a member of the firm Jones Day, who is admitted to practice in this Court, enters her appearance in this matter as counsel for Defendant Experian Information Solutions, Inc.

Dated:   New York, New York
           June 21, 2019

JONES DAY

/s/ Kerianne Tobitsch
Kerianne Tobitsch
JONES DAY
250 Vesey Street
New York, NY 10281
Telephone:  (212) 326-8321
Facsimile:  (212) 755-7306
Email: ktobitsch@jonesday.com

*Attorneys for Experian Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

I, Kerianne Tobitsch, certify that June 21, 2019, I caused the foregoing to be filed with the Clerk of the Court and served upon all counsel of record via the CM/ECF system.

*/s/ Kerianne Tobitsch*
Kerianne Tobitsch

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*
