UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL MADER;<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, LLC,<br><br>    Defendant(s). | Civil Action No. 1:19-cv-03787-LGS-DCF<br><br>**ORAL ARGUMENT REQUESTED** |

## NOTICE OF MOTION TO DISMISS THE COMPLAINT

PLEASE TAKE NOTICE that, upon the points and authorities set forth in the accompanying Memorandum of Law in Support of Defendant Experian Information Solutions, Inc.'s ("Experian") Motion to Dismiss the Complaint, Experian will move this Court on a date and time to be set by the Court, before the Honorable Lorna G. Schofield, United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, 10007, for an order, pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss all claims against Defendant.

Dated: August 29, 2019                                 Respectfully submitted,

/s/ *Kerianne Tobitsch*
Kerianne Tobitsch
JONES DAY
250 Vesey Street
New York, NY 10281
Telephone: (212) 326-8321
Facsimile: (212) 755-7306
Email: ktobitsch@jonesday.com

*Attorneys for Defendant Experian Information Solutions, Inc.*

To   Austin Smith, Esq.
     Smith Law Group LLP
     3 Mitchell Place
     New York, NY 10017
     (917) 992-2121
     *Attorneys for Plaintiff*

2