```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
-------------------------------------------X    ELECTRONICALLY FILED
                                           :    DOC #:_____
Michael Mader, and all others similarly situated, :  DATE FILED: 1/21/2020
                              Plaintiff,   :
                                           :    19 Civ. 3787 (LGS)
            -against-                      :
                                           :    ORDER
Experian Information Solutions, LLC,       :
                                           :
                              Defendant.   :
-------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on January 10, 2020, Defendant filed a letter requesting a pre-motion conference for summary judgment. ECF 39;

WHEREAS, on January 17, 2020, an Opinion was issued granting in part and denying in part Defendant's motion to dismiss the Complaint. ECF 41. It is hereby

**ORDERED** that, by **January 28, 2020**, Plaintiff shall file a response to Defendant's pre-motion letter. The response shall not address any allegations dismissed by the January 17, 2020, Opinion. The response shall propose dates for the pre-motion conference that both parties can attend, and shall comply with the Court's Individual Rules.

Dated: January 21, 2020
       New York, New York

                                          _____
                                          **LORNA G. SCHOFIELD**
                                          **UNITED STATES DISTRICT JUDGE**