```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/27/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL MADER,

                Plaintiff,                19 **CIVIL** 3787 (LGS)

      -against-                          **JUDGMENT**

EXPERIAN INFORMATION SOLUTIONS, LLC,
                Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 24, 2020, Defendant's motion for summary judgment is granted; accordingly, the case is closed.

**Dated:** New York, New York
         July 27, 2020

                                                    **RUBY J. KRAJICK**

                                                     **Clerk of Court**

                      **BY:**       _____
                                                      **Deputy Clerk**